## UNITED STATES *versus* MARTIN JOURDAN

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Rule to bring body *p. 321; (2) plea, defendant remanded *p. 321; (3) motion to quash indictment *p. 386; (4) rule to bring body *p. 399; (5) jury trial, verdict, defendant discharged *p. 403.

PAPERS IN FILE: (1) Indictment; (2) rule to bring body, proof of service; (3) subpoena.

## UNITED STATES *versus* ROBERT LITTLE

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 324.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus; (3) writ of certiorari; (4) certified copy of indictment filed in county court; (5) certified copy of indictment and of proceedings in county court; (6) sheriff's bill of fees.

*1821 Calendar*, MS p. 49.

## UNITED STATES *versus* SIMON SHOVEN

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 325.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) return to writs of habeas corpus and certiorari.

*1822–23 Calendar*, MS p. 21.